# UNITED STATES BANKRUPTCY COURT
## Northern District of Indiana
### Fort Wayne Division

In Re: Debtor(s) (name(s) and address)
Tara Lyn Yarian
xxx−xx−6292
118 El Dorado Trail East
Fort Wayne, IN 46825

Case Number: 18−12371−reg

Chapter: 13

## ORDER FOR PRE−TRIAL CONFERENCE

The court will hold a pre−trial conference in this case on January 14, 2019 at 11:00 AM in Room 2128, Federal Building, 1300 South Harrison Street, Fort Wayne, IN 46802 with regard to:

Motion for Relief From Stay filed by Consumer Portfolio Services, Inc. on December 21, 2018

Counsel are directed to confer with one another prior to the pre−trial conference and come to the pre−trial conference prepared to discuss:

(a) the simplification of the issues;
(b) the necessity or desirability of amendments to the pleadings; motions and/or objections upon which the matter is at issue;
(c) a schedule for the litigation;
(d) the possibility of submitting this matter to voluntary mediation or other form of alternative dispute resolution;
(e) whether this is a core or non−core proceeding and whether the parties consent to the entry of final orders or judgments by the bankruptcy judge; and
(f) any other matters which may aid in the disposition of the controversy.

As a result of the pre−trial conference, the court may limit the time to complete discovery or to file any pre−trial motions; set a date for any final pre−trial or other conference; establish a schedule for the filing of any proposed pre−trial order, stipulations or lists of witnesses and exhibits; and/or set a trial date. The schedule established as a result of the pre−trial conference shall not be modified except by leave of court upon a showing of good cause.

**SO ORDERED.**

Dated: December 28, 2018

Robert E. Grant
_____
Judge, United States Bankruptcy Court

Document No. 17 − 14